**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**ILKA MARSHALL,**

                 **Plaintiff,**

      **v.**                                          **1:11-CV-722**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                 **Defendant.**
_____

**APPEARANCES:**                            **OF COUNSEL:**

**Ilka Marshall**
**Plaintiff,** *pro se*

**Office of Regional General Counsel**      **John M. Kelly, Esq.**
**Social Security Administration**
**Region II**
**26 Federal Plaza - Room 3904**
**New York, NY 10278**
**Counsel for Defendant**

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Earl S. Hines, duly filed on the 18th day of October 2012. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

    **ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner's decision denying disability-based benefits is affirmed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: November 19, 2012
Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge